UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60098-MC-SINGHAL/VALLE

MATTHEW ORSO, as successor trustee to
KENNETH D. BELL as court-ordered receiver
for REX VENTURE GROUP, LLC d/b/a
ZEEKREWARDS.COM,

    Plaintiff,

v.

ALVARO MARIN,

    Defendant/Judgment Debtor,

v.

JP MORGAN CHASE BANK, N.A.,

    Garnishee.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court upon the Plaintiff's Motion for Final Judgment in Garnishment as to Garnishee JP Morgan Chase Bank, N.A. (the "Motion") (DE [19]), which was referred to the magistrate judge for Report and Recommendation. The magistrate judge issued a Report and Recommendation ("R & R") (DE [21]) on December 20, 2022, recommending that the Motion be granted.  By rule, any Party had the right to file objections to the R & R within seven days. 28 U.S.C. § 636(b)(1); S.D. Fla. Mag. R. 4(b).  The Court has reviewed the entire file and record and has made a *de novo* review of the issues.   No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (DE [21]) is **AFFIRMED** and **ADOPTED.**

2. Plaintiff's Motion for Final Judgment in Garnishment as to Garnishee JP Morgan Chase Bank, N.A. (DE [19]) is **GRANTED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 30th day of December 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF